IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DEIDRA DENISE GALLEGOS,**

       **Plaintiff,**

vs.                                                                                 CIV NO. 1:21-00050-SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

       **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 26) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 25), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until January 26, 2022, to file a response, and Plaintiff shall have until February 9, 2022, to file a reply.

SIGNED December 14, 2021.

                                                    _____
                                                    STEPHAN M. VIDMAR
                                                    United States Magistrate Judge

SUBMITTED AND APPROVED BY:

_Electronically submitted 12/14/2021_
M. THAYNE WARNER
Special Assistant United States Attorney

_Electronically approved 12/14/2021_
BENJAMIN E. DECKER
Attorney for Plaintiff